## Vuynovich et vir *v*. Midland Borough, Appellant.

Argued November 15, 1961. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

Before McCREARY, P. J.

Ralph F. Scalera, with him Robert J. Master, and Suffoletta & Masters, and Wallover, Barrickman & Scalera, for appellant.

Clyde Holt, Jr., with him Holt & Holt, for appellees.

OPINION PER CURIAM, December 14, 1961:

The order of the Court of Common Pleas of Beaver County is affirmed on the opinion of President Judge ROBERT E. MCCREARY for the court below, reported at 25 Pa. D. & C. 2d 509.